# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20CR3868-TWR |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JARET AVALOS (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal, without prejudice; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

21:952, 960; 18:2 - Importation of Methamphetamine; Aiding and Abetting;

21: 842(a)(1); 18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/10/2021

Todd W. Robinson
U.S. District Judge